# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2:22-CR-106 |
| Ethan Stinson | ) | |
| | ) | |
| _Defendant_ | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for ~~more than~~ one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 9-29-23

_Defendant's signature_

_Signature of defendant's attorney_

Jonathan M. Holcomb
_Printed name of defendant's attorney_

_Judge's signature_

Cynthia Richardson Wyrick
_Judge's printed name and title_
US Magistrate Judge